DAVID A. HUBBERT
Acting Assistant Attorney General

GOKCE T. YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
*Attorney for the United States*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAHEIM HOAGLAND, | ) Case No. 3:21-cv-2019 |
| | ) |
| Defendant. | ) |
| _____ | ) |

## UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JAHEIM HOAGLAND

The United States moves the Court under Fed. R. Civ. P. 55(b)(2) to enter default judgment in its favor and against defendant Jaheim Hoagland ("Hoagland") for income tax liabilities. Oral argument is not requested in this matter.

The grounds for this motion are that Hoagland was served by publication as provided by this Court's order.  (Doc. 4).  Hoagland has nonetheless failed to answer or otherwise defend this action.  The Clerk of the Court entered Hoagland's default on August 25, 2021.  Because the well-pleaded facts establish Hoagland's liability, default judgment should now be entered against him under Fed. R. Civ. P. 55(b)(2).

1

In support of this motion, the United States submits a memorandum of law, a declaration, an exhibit, and a proposed order.

WHEREFORE, the United States respectfully requests that the Court grant this Motion and enter default judgment against Jaheim Hoagland.

Dated: October 13, 2021

DAVID A. HUBBERT
Acting Assistant Attorney General

GOKCE T. YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
gokce.t.yurekli@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this October 13, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive notice. In addition, I hereby certify that on the same day, I sent a true and correct copy of the foregoing along with all attachments to the following addresses:

Jaheim Hoagland
5 Chamberlain Drive
Hillsborough, NJ 08844

/s/ Gokce T. Yurekli
GOKCE T. YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice