DAVID A. HUBBERT
Acting Assistant Attorney General

GOKCE T. YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
*Attorney for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  JAHEIM HOAGLAND,  Defendant. | Case No. 3:21-cv-2019 |

**DECLARATION OF IRS REVENUE OFFICER STACIE BRADY**

I, Stacie Brady, declare, pursuant to 28 U.S.C. § 1746, that:

1. I am employed as a Revenue Officer Advisor with the Internal Revenue Service ("**IRS**") in Freehold, New Jersey. The duties of a Revenue Officer Advisor include assisting the Office of Chief Counsel and the Department of Justice in tax matters.

2. I have been a Revenue Officer Advisor for 21 years.

3. I am over the age of 18.

4. I have personal knowledge of the facts set forth in this declaration, and, if called upon to testify to said facts, could do so competently.

5.       In the course of performing my duties as a Revenue Officer Advisor, I have read and reviewed the records of the IRS with respect to the unpaid income tax liabilities assessed against Jaheim Hoagland. The following statements are based on my review of the records of the IRS.

6.       The IRS account transcript, attached to this declaration as Exhibit A, reflects that federal income taxes and statutory additions to tax were assessed against Jaheim Hoagland for the following tax year, as shown below:

| Tax Period Ending | Date of Assessment | Amount Assessed | Amount owed as of September 13, 2021 |
|---|---|---|---|
| 12/31/2008 | 03/07/2011 | $152,908 | $243,906.10 |

7.       As of September 13, 2021, the total outstanding balance of the federal income tax liabilities assessed against Jaheim Hoagland for the taxable year described in Paragraph 6, above, was $243,906.10, plus statutory interest and additions to tax that have accrued or will continue to accrue according to law after that date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2021

*Stacie Brady*
_____
Stacie Brady
Revenue Officer Advisor
Internal Revenue Service
Freehold, New Jersey