

**Internal Revenue Service**
United States Department of the Treasury

```
          This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

```
                                    Request Date:       08-27-2021
                                    Response Date:      08-27-2021
                                    Tracking Number:    101053467630

FORM NUMBER:      1040A
TAX PERIOD:       Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER:     [REDACTED]

JAHE HOAG
55 CHA


         --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                           237,087.08
ACCRUED INTEREST:                            6,819.02   AS OF: Sep. 13, 2021
ACCRUED PENALTY:                                 0.00   AS OF: Sep. 13, 2021

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):             243,906.10

              ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                        01
FILING STATUS:                                 Single
ADJUSTED GROSS INCOME:                     435,945.00
TAXABLE INCOME:                            428,162.00
TAX PER RETURN:                                  0.00
SE TAXABLE INCOME TAXPAYER:                101,930.00
SE TAXABLE INCOME SPOUSE:                        0.00
TOTAL SELF EMPLOYMENT TAX:                  24,455.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Jun. 01, 2010
PROCESSING DATE                                                 Jun. 21, 2010
```

```
                              TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS | | 06-21-2010 | $0.00 |

| | | | | |
|---|---|---|---|---|
| n/a | 19210-887-00054-0 | | | |
| 430 | Estimated tax payment | | 04-20-2008 | -$8,000.00 |
| 140 | Inquiry for non-filing of tax return | | 11-30-2009 | $0.00 |
| 971 | Notice issued CP 0059 | | 12-21-2009 | $0.00 |
| 570 | Additional account action pending | | 06-21-2010 | $0.00 |
| 494 | Final notice before tax is determined by IRS | | 09-07-2010 | $0.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20110808 | 03-07-2011 | $4,628.02 |
| 806 | W-2 or 1099 withholding | | 04-15-2009 | -$17.00 |
| 290 | Additional tax assessed 00-00-0000 | 20110808 | 03-07-2011 | $152,908.00 |
| n/a | 13254-445-35017-1 | | | |
| 495 | Resolved tax determination | | 02-08-2011 | $0.00 |
| 599 | Tax return secured | | 02-14-2011 | $0.00 |
| 166 | Penalty for filing tax return after the due date 00-00-0000 | 20110808 | 03-07-2011 | $32,600.47 |
| 196 | Interest charged for late payment | 20110808 | 03-07-2011 | $13,616.08 |
| 276 | Penalty for late payment of tax | 20110808 | 03-07-2011 | $16,662.46 |
| 971 | Notice issued CP 0022 | | 03-07-2011 | $0.00 |
| 971 | Notice issued CP 071C | | 03-26-2012 | $0.00 |
| 276 | Penalty for late payment of tax | 20121105 | 03-26-2012 | $17,386.93 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 04-11-2012 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 04-20-2012 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 04-24-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- undeliverable | | 04-25-2012 | $0.00 |
| 971 | Unclaimed notice of lien filing and right to Collection Due Process hearing | | 05-25-2012 | $0.00 |
| 971 | Notice issued CP 071C | | 04-01-2013 | $0.00 |
| 276 | Penalty for late payment of tax | 20131105 | 04-01-2013 | $2,173.37 |
| 971 | Notice issued CP 071C | | 03-24-2014 | $0.00 |
| 196 | Interest charged for late payment | 20141005 | 03-24-2014 | $22,631.76 |

| Code | Description | Ref | Date | Amount |
|---|---|---|---|---|
| 670 | Payment Levy | | 05-13-2016 | -$1,229.60 |
| 670 | Payment Levy | | 05-13-2016 | -$1,131.80 |
| 670 | Payment Levy | | 05-13-2016 | -$1,312.76 |
| 670 | Payment Levy | | 05-13-2016 | -$2,036.32 |
| 670 | Payment Levy | | 05-13-2016 | -$2,869.68 |
| 670 | Payment Levy | | 05-13-2016 | -$2,095.12 |
| 670 | Payment Levy | | 05-13-2016 | -$1,566.96 |
| 670 | Payment Levy | | 05-13-2016 | -$1,391.65 |
| 670 | Payment Levy | | 05-13-2016 | -$1,735.82 |
| 670 | Payment Levy | | 05-13-2016 | -$1,218.70 |
| 670 | Payment Levy | | 05-13-2016 | -$10,226.70 |
| 670 | Payment Levy | | 06-20-2016 | -$671.60 |
| 670 | Payment Levy | | 07-11-2016 | -$724.66 |
| 670 | Payment Levy | | 08-11-2016 | -$471.51 |
| 670 | Payment Levy | | 08-11-2016 | -$189.29 |
| 971 | Notice issued CP 071D | | 10-10-2016 | $0.00 |
| 196 | Interest charged for late payment | 20163805 | 10-10-2016 | $21,217.55 |
| 670 | Payment Levy | | 09-19-2016 | -$784.69 |

| Code | Description | Ref | Date | Amount |
|---|---|---|---|---|
| 670 | Payment Levy | | 10-06-2016 | -$1,224.63 |
| 670 | Payment Levy | | 11-10-2016 | -$28.77 |
| 670 | Payment Levy | | 11-10-2016 | -$110.83 |
| 670 | Payment Levy | | 12-19-2016 | -$692.75 |
| 670 | Payment Levy | | 01-09-2017 | -$2,464.20 |
| 670 | Payment Levy | | 02-16-2017 | -$183.01 |
| 670 | Payment Levy | | 02-16-2017 | -$23.97 |
| 971 | First Levy Issued on Module | | 04-17-2017 | $0.00 |
| 670 | Payment Levy | | 03-27-2017 | -$739.29 |
| 670 | Payment Levy | | 04-18-2017 | -$2,060.21 |
| 670 | Payment Levy | | 05-19-2017 | -$187.58 |
| 670 | Payment Levy | | 05-19-2017 | -$3.28 |
| 670 | Payment Levy | | 06-26-2017 | -$4,803.60 |
| 670 | Payment Levy | | 07-18-2017 | -$1,531.98 |
| 670 | Payment Levy | | 08-21-2017 | -$523.96 |
| 670 | Payment Levy | | 08-21-2017 | -$171.72 |
| 971 | Notice issued CP 071D | | 10-09-2017 | $0.00 |
| 196 | Interest charged for late payment | 20173805 | 10-09-2017 | $9,718.29 |
| 670 | Payment Levy | | 09-26-2017 | -$1,187.01 |

| Code | Description | Date | Amount |
|---|---|---|---|
| 670 | Payment Levy | 10-16-2017 | -$1,270.40 |
| 670 | Payment Levy | 11-17-2017 | -$50.13 |
| 670 | Payment Levy | 11-17-2017 | -$283.14 |
| 670 | Payment Levy | 12-29-2017 | -$875.55 |
| 670 | Payment Levy | 01-12-2018 | -$964.67 |
| 670 | Payment Levy | 02-15-2018 | -$14.51 |
| 670 | Payment Levy | 02-15-2018 | -$172.56 |
| 670 | Payment Levy | 03-28-2018 | -$986.51 |
| 670 | Payment Levy | 04-12-2018 | -$1,078.44 |
| 670 | Payment Levy | 05-17-2018 | -$224.70 |
| 670 | Payment Levy | 05-22-2018 | -$58.74 |
| 670 | Payment Levy | 06-26-2018 | -$1,017.28 |
| 971 | Passport certified seriously delinquent tax debt | 07-30-2018 | $0.00 |
| 670 | Payment Levy | 07-12-2018 | -$1,127.93 |
| 670 | Payment Levy | 08-17-2018 | -$127.44 |
| 670 | Payment Levy | 08-17-2018 | -$268.66 |
| 670 | Payment Levy | 09-25-2018 | -$1,165.31 |
| 670 | Payment Levy | 10-12-2018 | -$1,286.36 |

| | | | | |
|---|---|---|---|---|
| 670 | Payment Levy | | 11-21-2018 | -$19.93 |
| 670 | Payment Levy | | 11-21-2018 | -$160.54 |
| 670 | Payment Levy | | 12-24-2018 | -$948.49 |
| 670 | Payment Levy | | 01-07-2019 | -$1,049.86 |
| 670 | Payment Levy | | 02-14-2019 | -$157.13 |
| 670 | Payment Levy | | 02-20-2019 | -$19.98 |
| 670 | Payment Levy | | 03-26-2019 | -$886.66 |
| 670 | Payment Levy | | 04-12-2019 | -$964.32 |
| 670 | Payment Levy | | 05-20-2019 | -$196.98 |
| 670 | Payment Levy | | 05-20-2019 | -$30.26 |
| 670 | Payment Levy | | 06-24-2019 | -$963.45 |
| 670 | Payment Levy | | 07-12-2019 | -$1,057.19 |
| 670 | Payment Levy | | 08-16-2019 | -$30.87 |
| 670 | Payment Levy | | 08-16-2019 | -$110.91 |
| 670 | Payment Levy | | 08-16-2019 | -$10.45 |
| 971 | Notice issued CP 071D | | 10-07-2019 | $0.00 |
| 196 | Interest charged for late payment | 20193805 | 10-07-2019 | $24,159.42 |
| 670 | Payment Levy | | 09-26-2019 | -$1,192.04 |

| | | | | |
|---|---|---|---|---|
| 670 | Payment Levy | | 10-15-2019 | -$1,304.23 |
| 670 | Payment Levy | | 11-18-2019 | -$1,146.89 |
| 670 | Payment Levy | | 11-18-2019 | -$920.38 |
| 670 | Payment Levy | | 12-23-2019 | -$1,048.95 |
| 670 | Payment Levy | | 01-10-2020 | -$1,148.81 |
| 670 | Payment Levy | | 02-14-2020 | -$350.26 |
| 670 | Payment Levy | | 02-14-2020 | -$15.49 |
| 670 | Payment Levy | | 03-31-2020 | -$986.56 |
| 971 | Notice issued CP 071D | | 10-05-2020 | $0.00 |
| 196 | Interest charged for late payment | 20203805 | 10-05-2020 | $10,906.00 |
| 670 | Payment Levy | | 04-28-2020 | -$1,084.82 |
| 670 | Payment Levy | | 05-11-2020 | -$139.11 |
| 670 | Payment Levy | | 05-11-2020 | -$6.66 |
| 670 | Payment Levy | | 06-19-2020 | -$818.02 |
| 670 | Payment Levy | | 07-06-2020 | -$895.87 |
| 670 | Payment Levy | | 08-19-2020 | -$989.75 |
| 670 | Payment Levy | | 08-19-2020 | -$779.10 |
| 670 | Payment Levy | | 09-29-2020 | -$756.08 |

| Code | Description | Date | Amount |
|---|---|---|---|
| 670 | Payment Levy | 10-14-2020 | -$903.94 |
| 670 | Payment Levy | 11-13-2020 | -$11.37 |
| 670 | Payment Levy | 11-17-2020 | -$222.17 |
| 582 | Lien placed on assets due to balance owed | 12-04-2020 | $0.00 |
| 360 | Fees and other expenses for collection | 12-28-2020 | $50.00 |
| 520 | Bankruptcy or other legal action filed | 11-30-2020 | $0.00 |
| 670 | Payment Levy | 12-28-2020 | -$1,083.88 |
| 670 | Payment Levy | 01-21-2021 | -$1,134.52 |
| 670 | Payment Levy | 02-22-2021 | -$186.93 |
| 670 | Payment Levy | 02-22-2021 | -$23.13 |
| 670 | Payment Levy | 04-16-2021 | -$853.06 |
| 670 | Payment Levy | 05-21-2021 | -$74.04 |
| 670 | Payment Levy | 05-25-2021 | -$198.88 |
| 670 | Payment Levy | 06-22-2021 | -$1,022.54 |
| 670 | Payment Undesignated Bankruptcy | 07-20-2021 | -$1,083.79 |

This Product Contains Sensitive Taxpayer Data