DAVID A. HUBBERT
Deputy Assistant Attorney General

GOKCE T. YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
*Attorney for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 3:21-cv-2019 |
| JAHEIM HOAGLAND, | ) ) |
| Defendant. | ) ) |

**ORDER**

This matter is before the Court on the United States' Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2).  Default having been entered against defendant Jaheim Hoagland, for his failure to appear or otherwise defend, the United States having requested a judgment against him, and for good cause shown, it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

    1.    The United States' Motion for Default Judgment is **GRANTED**; and

    2.    **JUDGMENT** is entered in favor of the United States and against Jaheim Hoagland for income tax liabilities, penalties and interest for tax year 2008, in the sum of

$243,906.10 as of September 13, 2021, plus statutory interest and other additions to tax accruing thereafter according to law until the judgment is paid in full.

This the ____ day of _____, 2021

                                                          _____
                                                          ZAHID N. QURAISHI
                                                          United States District Judge